# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| BROOKE BRAWLEY, | ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Case. No. |
| NCB MANAGEMENT SERVICES INC., | ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, NCB Management Services, Inc. ("NCB"), by its attorneys, hereby removes this action from the Circuit Court of St. Louis County, Missouri to the United States District Court for the Eastern District of Missouri.  In support of this Notice of Removal, NCB states as follows:

1. Plaintiff Brooke Brawley originally commenced this action by filing a Complaint against NCB in the Circuit Court of St. Louis County, Missouri, where it is presently captioned as *Brooke Brawley, individually and on behalf of all other similarly situated v. NCB Management Services Inc.,* Case No. 22SL-CC02906.  No further proceedings before the State court have occurred.

2. In the Complaint, plaintiff alleges a statutory cause of action against NCB.  A true and correct copy of the State Court record, including the Complaint, is attached hereto as Exhibit A.

3. Plaintiff accuses Defendant of violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*.

4. NCB was served with the Complaint on August 9, 2022.

5. This Court has jurisdiction over plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Defendant was served with plaintiff's Complaint.  See 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to Circuit Court of St. Louis County, Missouri, and is being caused to be served on the plaintiff.

WHEREFORE, Defendant, NCB Management Services, Inc., gives notice that this action is removed from Circuit Court of St. Louis County, Missouri, to the United States District Court for the Eastern District of Missouri.

Dated:  September 7, 2022                                Respectfully submitted

/s/ Michael S. Hamlin
Michael S. Hamlin #52972
NICHOLS LANG & HAMLIN, LLC
1795 Clarkson Road, Suite 230
Chesterfield, Missouri 63017
Telephone: (314) 429-1515
Fax: (314) 428-9592
Email: mike@nlh-law.com

*Attorneys for Defendant, NCB Management Services, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on September 7, 2022 a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system and electronic mail, including plaintiff's counsel as described below.

  Joel S. Halvorsen, Esq.
  Gregory M. Klote, Esq.
  HALVORSEN KLOTE
  680 Craig Road, Suite 104
  St. Louis, MO 63141
  joel@hklawstl.com
  greg@hklawstl.com
  *Attorneys for plaintiff*

            By: */s/ Michael S. Hamlin*
               *Attorney for Defendant*